**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY R. OLSON, | No. CIV S-11-2059-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| SOCIAL SECURITY ADMINISTRATION, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, who is proceeding pro se, brings this civil rights action. Pending before the court is defendants' request (Doc. 16) for an extension of time to file a response to plaintiff's complaint. Defendants also request that the deadline for filing status/scheduling conference statements be extended and that the scheduling conference currently set for January 12, 2012, be vacated pending submission of status statements. Good cause appearing therefor, the requests are granted.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants shall file and serve a response to plaintiff's complaint by January 27, 2012;

2. The parties shall file and serve status/scheduling conference statements by February 10, 2012; and

3. The scheduling conference set for January 12, 2012, is vacated.

DATED: November 22, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE