IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R. OLSON, | No. CIV S-11-2059-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| SOCIAL SECURITY ADMINISTRATION, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, who is proceeding pro se, brings this civil rights action. Pending before the court are defendants' (1) motion to dismiss (Doc. 24) and (2) motion for stay of discovery (Doc. 26). The matters were set for hearing on March 28, 2012, at 10:00 a.m. before the undersigned in Redding, California. Armand Roth, Esq., appeared for defendants. No appearances were made on behalf of plaintiff. Instead, plaintiff filed on March 26, 2012, an opposition to defendants' request to stay discovery and a request for an extension of time (Doc. 28) to respond to defendants' motion to dismiss. Defendants do not oppose the request for an extension of time. Good cause appearing therefor, the matter is re-set for hearing on May 23, 2012, at 10:00 a.m. in Redding, California. The due dates for plaintiff's response to the motion,

1 | and any reply thereto, shall be governed by Eastern District of California Local Rule 230.  The
2 | court will grant defendants' motion to stay discovery pending further determination at the May
3 | 23, 2012, hearing.

4 |     Accordingly, IT IS HEREBY ORDERED that:

5 |     1.    Plaintiff's unopposed motion for an extension of time (Doc. 28) is granted;

6 |     2.    The hearing on defendants' motion is continued to May 23, 2012, at 10:00
7 | a.m. in Redding, California;

8 |     3.    Briefing on defendants' motion to dismiss shall be governed by Local Rule
9 | 230;

10 |     4.    Defendants' motion to stay discovery (Doc. 26) is granted; and

11 |     5.    Discovery is temporarily stayed pending further order of the court.

13 | DATED: March 28, 2012

15 |     */s/ Craig M. Kellison*
   | **CRAIG M. KELLISON**
   | UNITED STATES MAGISTRATE JUDGE