IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R. OLSON, | No. CIV S-11-2059-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| SOCIAL SECURITY ADMINISTRATION, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, who is proceeding pro se, brings this civil rights action. Pending before the court is plaintiff's motion for leave to amend (Doc. 31).

The court is required to screen complaints filed by litigants who have been granted leave to proceed in forma pauperis, as is the case here. See 28 U.S.C. § 1915(e)(2). Because plaintiff has not submitted a proposed amended complaint with the motion for leave to amend, it is impossible for the court to conduct this required task. Plaintiff's motion is, therefore, denied without prejudice.

/ / /

/ / /

Along with plaintiff's motion for leave to amend, plaintiff states here opposition to defendant's request to stay discovery. The court notes for plaintiff's benefit that defendant's request was addressed at the March 28, 2012, hearing and was granted by order issued on March 29, 2012.

Accordingly, IT IS HEREBY ordered that plaintiff's motion for leave to amend (Doc. 31) is denied without prejudice.

DATED: May 22, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE