IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R. OLSON, | No. CIV S-11-2059-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| SOCIAL SECURITY ADMINISTRATION, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil rights action. The parties having informed the court that they do not desire oral argument on pending motions, the hearing set for May 23, 2012, is vacated and the matters are submitted on the papers on file.

IT IS SO ORDERED.

DATED: May 22, 2012

　　　　　　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
　　　　　　　　　　　　　　　　　　　　　　CRAIG M. KELLISON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1